HERBERT IRIS, *ET AL.*, PLAINTIFFS-PETITIONERS, v. PHILLIP R. MICHAUD, *ET AL.*, DEFENDANTS-RESPONDENTS.

On petition for certification to Appellate Division, Superior Court.

*Messrs. Warren, Chasan, Leyner & Holland* for the petitioners.

*Messrs. Dunn & Ambrose* for the respondents.

July 1, 1966. Denied.

VIOLA LONDRIGAN, *ET AL.*, PLAINTIFFS-PETITIONERS, v. MARTIN WLADICH, DEFENDANT-RESPONDENT.

On petition for certification to Appellate Division, Superior Court.

*Messrs. Baker, Garber, Chazen & Duffy* for the petitioners.

*Messrs. Stevens & Mathias* for the respondent.

July 1, 1966. Denied.

COMMERCIAL UNION INSURANCE COMPANY OF NEW YORK, PLAINTIFF-RESPONDENT, v. BURT THOMAS-AITKEN CONSTRUCTION CO., DEFENDANT, AND PROSPECT PARK NATIONAL BANK, DEFENDANT-PETITIONER.

On petition for certification to Appellate Division, Superior Court.

See same case below: 91 *N. J. Super.* 13.

*Messrs. Jeffer, Waller & Tierney* and *Mr. Reginald F. Hopkinson* for the petitioner.

*Messrs. Pindar, McElroy, Connell & Foley, Mr. Theodore W. Geiser* and *Miss Sonia Napolitano* for the respondent.

July 1, 1966. Granted.